

# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 23, 2017

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1681 0911

The Lincoln National Life Ins. Co.
c/o United States Corporation Co.
5760 I-55 North, Suite 150
Jackson, MS 39211

In Re: Case No.17, 0032-CO, Gabriel Bryant Aziz vs. The Lincoln National Life Insurance Co., in the County Court of Warren County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Summons and Complaint in the above-styled cause which has been received in the Commissioner of Insurance's Office on January 20, 2017, at 4:34 p.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _____
Christy Parker
Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc: Jan Hyland Daigre
    P.O. Box 351
    Vicksburg, MS 39183

# Exhibit A

IN THE COUNTY COURT OF WARREN COUNTY, MISSISSIPPI

GABRIEL BRYANT AZIZ                  PLAINTIFF

VS.                                                           CAUSE NO. 17,0032-CO

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY             DEFENDANT

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    The Lincoln National Life Insurance Company
        c/o Mr. Mike J. Chaney, Mississippi Insurance Commissioner
        Mississippi Insurance Department
        1001 Woolfolk State Office Building
        501 North West Street
        Jackson, MS 39201

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the following attorney for the Plaintiff(s): **DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Post Office Box 1237, Vicksburg, Mississippi, 39181, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the 19 day of January, 2017.

CIRCUIT CLERK OF WARREN COUNTY, MISSISSIPPI

BY: _Dana Hendes_ D.C.

**Exhibit A**

## RETURN

STATE OF MISSISSIPPI
COUNTY OF WARREN

( )   I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2017 to _____.

( )   After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to_____ within _____ County, Mississippi. I served the Summons and Complaint on the____day of _____, 20____ at the usual place of abode of said_____, a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the____day of _____, 20____ I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( )   I was unable to serve the Summons and Complaint.

This the ____day of _____, 2017.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2017.

_____
NOTARY PUBLIC
My Commission Expires: _____

**Exhibit A**

IN THE COUNTY COURT OF WARREN COUNTY, MISSISSIPPI

GABRIEL BRYANT AZIZ                                                  PLAINTIFF

VS.                                          CAUSE NO. 17,0032-CO

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY                                       DEFENDANT

## COMPLAINT

COMES NOW Gabriel Bryant Aziz, Plaintiff, through counsel, and for cause of action against Defendant would show unto the Court as follows:

1. Plaintiff is an adult nnon-resident citizen of Mississippi. Defendant, The National Life Insurance Company is an insurance company licensed to do and doing business in Warren County, State of Mississippi and upon which process may be had by service upon Honorable Mike Chaney, Mississippi Insurance Commissioner. Defendant entered into a contract to be performed in whole or in part in Warren County, Mississippi, and this Court has jurisdiction and venue is proper before this Court.

2. Plaintiff is the daughter of Mary E. Bryant (Plunp) "hereinafter Decedent," who, upon information and belief, was insured under a policy of life insurance issued upon the life of Decedent by The Lincoln National Life Insurance Company with a face amount believed to be not in excess of $75,000.00.

3. That Decedent, who was born June 6, 1955, departed this life being an adult resident citizen of Warren County, Mississippi, on January 5, 2016, and having a social security number of xxx-xx-7200.

4. Upon information and belief Plaintiff was the beneficiary of Decedent under said

FILED

JAN 19 2017   **Exhibit A**

JAN HYLAND DAIGRE, CIRCUIT CLERK

policy of insurance issued by Defendant.

5. Defendant has been in contact with Defendant on more than one (1) occasion, requesting a copy of the policy in question and other information but to date Defendant has failed and refused to respond to all requests for information.

6. Plaintiff reserves the right upon being provided a copy of the policy and all pertinent information regarding premium payments under said policy and other matters relating to said policy to amend this Complaint to increase Plaintiff's ad damnum clause and/or to request punitive damages and attorney fees.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment of and from Defendant in a sum not exceeding $75,000.00 together with interest and all costs of this proceeding.

Respectfully submitted this the 18th day of January, 2017.

GABRIEL BRYANT AZIZ

By: _____
DAVID M. SESSUMS, MSBN 6714

OF COUNSEL:

Varner, Parker & Sessums, P.A.
1110 Jackson Street
Vicksburg, MS 39183
Telephone: 601-638-8741
Facsimile: 601-638-8666
Email: davidsessums@hotmail.com

**Exhibit A**

**MISSISSIPPI**
**INSURANCE DEPARTMENT**
P.O. BOX 79
JACKSON, MISSISSIPPI 39205-0079

CERTIFIED MAIL

91 7199 9991 7033 1681 0911

U.S. POSTAGE >> PITNEY BOWES
ZIP 39201
02 1W
0001365631  $005.47⁰
JAN 24 2017

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The Lincoln National Life Ins. Co
c/o United States Corporation Co.
5760 I-55 North, Suite 150
Jackson, MS 39211

**Exhibit A**

39211$2654 C020



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 16164016
Date Processed: 01/27/2017

| | |
|---|---|
| **Primary Contact:** | Benjamin R. Edwards<br>Lincoln Financial Group<br>1300 South Clinton Street<br>Fort Wayne, IN 46802 |
| **Electronic copy provided to:** | Ms. Debbie Bauermeister<br>Ms. Shawn Gross |

| | |
|---|---|
| **Entity:** | The Lincoln National Life Insurance Company<br>Entity ID Number  0186956 |
| **Entity Served:** | The Lincoln National Life Ins. Co. |
| **Title of Action:** | Gabriel Bryant Aziz vs. The Lincoln National Life Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Warren County Court, Mississippi |
| **Case/Reference No:** | 17,0032-CO |
| **Jurisdiction Served:** | Mississippi |
| **Date Served on CSC:** | 01/26/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | MS Insurance Department on 01/20/2017 |
| **How Served:** | Certified Mail |
| Sender Information: | David M. Sessums<br>601-638-8741 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

**Exhibit A**