IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GABRIELLE BRYANT AZIZ                                           PLAINTIFF

VS.                                           CIV. ACT. NO. 3:17-cv-00110-DPJ-FKB

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                              DEFENDANT

---

## Stipulation of Dismissal with Prejudice

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), due to full and final settlement, this matter, and all claims herein, are hereby fully and finally dismissed with prejudice.

Respectfully submitted, this the _____ day of December, 2017.

_____
Gabrielle Aziz
Gabrielle.aziz@gmail.com
110 Meadow Woods Lane
Niceville, FL 32578
Telephone:     (601) 670-1539
Fax:               (850) 279-6218
Email:   gabrielle.aziz@gmail.com

/s/ William F. Ray_____
William F. Ray
William F. Ray (MSB No. 4654)
Watkins & Eager PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Telephone:     (601) 965-1900
Facsimile:     (601) 965-1901
Email: wray@watkinseager.com
*Counsel for Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

I, William F. Ray, attorney for defendant The Lincoln National Life Insurance Company, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via email and U. S. Mail, postage prepaid, upon:

Gabrielle Aziz
Gabrielle.aziz@gmail.com
110 Meadow Woods Lane
Niceville, Florida   32578

This the 18th day of December, 2017.

/s William F. Ray
William F. Ray